UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :    99Cr0157-17 (DLC)
                                          :
            -v-                           :    ORDER
                                          :
OSCAR MONZON,                             :
                       Defendant.         :
                                          :
------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/2018

DENISE COTE, District Judge:

On June 10, 2018, the defendant filed a letter request for a reduction of sentence pursuant to 18 U.S.C. 3582(c). The Probation Department and the Government each agree that the defendant is entitled to a reduction of his sentence from life imprisonment to 360 months' imprisonment. Having reviewed the parties' submissions, it is hereby

ORDERED that, pursuant to recent amendments to the Sentencing Guidelines for offenses involving controlled substances, the defendant's sentence is reduced to 360 months' imprisonment.

Dated:   New York, New York
         August 27, 2018

                                    _____
                                            DENISE COTE
                                    United States District Judge