```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :    99Cr0157-17 (DLC)
                                     :
           -v-                       :         ORDER
                                     :
OSCAR MONZON,                        :
                Defendant.           :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

On November 13, 2019, defendant's pro se "Motion For Compassionate Release Pursuant To 18 U.S.C. § 3582(C)(1)(A) and 4205(G), and First Step Act of 2018" was filed. It is hereby

ORDERED that the Government shall file its response to the motion by **December 6, 2019**.

Dated:    New York, New York
          November 19, 2019

                                    _____
                                         DENISE COTE
                                    United States District Judge

COPY MAILED TO:

Oscar Monzon
49173-054
FCI Schuylkill
P.O. Box 759
Minersville, PA 17954