```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
UNITED STATES OF AMERICA,            :
                                     :
            -v-                      :        99cr157 (DLC)
                                     :
OSCAR MONZON,                        :        ORDER
                                     :
                   Defendant.        :
                                     :
------------------------------------ X
```

DENISE COTE, District Judge:

On April 22, 2020, defendant Oscar Monzon filed a motion to modify or reduce his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A). It is hereby

ORDERED that the Government shall file its response to the motion by **May 6, 2020.**

Dated:   New York, New York
         April 23, 2020

                                                    _____
                                                      DENISE COTE
                                          United States District Judge