```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
 UNITED STATES OF AMERICA,             :
                                       :
              -v-                      :         99cr157 (DLC)
                                       :
 OSCAR MONZON,                         :            ORDER
                                       :
                     Defendant.        :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

On April 22, 2020, defendant Oscar Monzon filed a motion to modify or reduce his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A).  An Order of April 23 (attached) directed the Government to respond to the April 22 Motion by May 6, 2020.  On April 25, 2020, Alessandra DeBlasio submitted an amicus letter in support of Monzon's April 22 motion, citing Monzon's vulnerability to COVID-19 as an additional ground for relief.  Accordingly, it is hereby

ORDERED that the Government's May 6 response shall address Monzon's April 22 motion and the April 25 Letter.

IT IS FURTHER ORDERED that the Government shall advise the Court in its response whether Monzon is being considered for

release to home confinement.

    SO ORDERED:

Dated:    New York, New York
          April 27, 2020

                                        DENISE COTE
                           United States District Judge

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
UNITED STATES OF AMERICA,            :
                                     :
              -v-                    :        99cr157 (DLC)
                                     :
OSCAR MONZON,                        :        ORDER
                                     :
                    Defendant.       :
                                     :
------------------------------------ X
```

DENISE COTE, District Judge:

On April 22, 2020, defendant Oscar Monzon filed a motion to modify or reduce his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A).  It is hereby

ORDERED that the Government shall file its response to the motion by **May 6, 2020.**

Dated:   New York, New York
         April 23, 2020

                                    _____
                                            DENISE COTE
                                    United States District Judge