```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
 UNITED STATES OF AMERICA            :
                                     :
            -v-                      :      99cr157 (DLC)
                                     :
 OSCAR MONZON,                       :          ORDER
                                     :
                     Defendant.      :
                                     :
------------------------------------ X
```

DENISE COTE, District Judge:

    On April 22, 2020, Oscar Monzon filed a motion to modify or reduce his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A).  The Government opposed Monzon's application on May 6.  An Order of May 7 denied the April 22 petition and advised Monzon that he could renew his petition on the basis of the COVID-19 pandemic after he exhausted administrative remedies on that ground.  On May 11 Monzon renewed his petition for release pursuant to § 3582, citing the ongoing COVID-19 pandemic as a new ground for relief.  Accordingly, it is hereby

    ORDERED that the Government shall submit a supplement, if any, to its May 6 submission by **May 29, 2020.**

    IT IS FURTHER ORDERED that the Clerk of Court is directed

to mail Monzon a copy of this Order.

Dated:   New York, New York
         May 22, 2020

                                          _____
                                              DENISE COTE
                                          United States District Judge