UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- X
                                 :
UNITED STATES OF AMERICA         :
                                 :
                                 :         99cr157 (DLC)
            -v-                  :
                                 :            ORDER
OSCAR MONZON (Register No. 49173- :
054),                            :
                                 :
                  Defendant.     :
                                 :
------------------------------- X

DENISE COTE, District Judge:

On June 2, 2020, this Court granted Oscar Monzon's application pursuant to 18 U.S.C. § 3582(c)(1)(A).  On June 3, after a pre-release investigation, the United States Probation Department for the Southern District of New York (the "Probation Department") approved Monzon's release plan to live with his sister (the "Approved Residence").  On June 9, after conferring with the United States Attorney's Office for the Southern District of New York, the Probation Department recommended additional terms of Monzon's supervised release.  Accordingly it is hereby

ORDERED that Monzon's sentence of imprisonment is reduced to time served to be followed by a term of supervised release of five years.  The mandatory conditions, standard conditions, and special conditions of supervised release from Monzon's original

sentence are re-imposed.  In addition, the following special conditions of supervised release are imposed.

1) Monzon is directed to contact the Probation Department using the attached instructions within 72 hours of his release.

2) Monzon is directed to self-quarantine at the Approved Residence for 14 days.

3) Monzon shall serve the first 12 months of supervised release on home incarceration, to be enforced by GPS Monitoring, at the Approved Residence.

4) Monzon must remain at the Approved Residence for 12 months, except to seek emergency medical treatment.

5) Monzon must obtain prior approval from the Probation Department to leave the Approved Residence for non-emergency medical care or for any other purpose.

IT IS FURTHER ORDERED that Monzon is to possess or have access to a telephone that will allow video conferencing by the Probation Department.

IT IS FURTHER ORDERED that Monzon is to report to the Probation Department at 500 Pearl Street, 6th floor, at a time and date to be confirmed by the Probation Department (following 14 days of self-quarantine) to have a GPS tracker affixed to his

ankle.  [It is anticipated this date will be 15 days after the date on which the defendant is released.]

IT IS FURTHER ORDERED that Monzon shall submit his person, residence, place of business, vehicle, and any property or electronic devices under his control to a search on the basis that the probation officer has reasonable belief that contraband or evidence of a violation of the conditions of the release may be found.  The search must be conducted at a reasonable time and in a reasonable manner.  Failure to submit to a search may be grounds for revocation.  Monzon shall inform any other residents that the premises may be subject to search pursuant to this condition.

IT IS FURTHER ORDERED that the Bureau of Prisons and the United States Attorney's Office for the Southern District of New York shall take all reasonable steps to facilitate Monzon's immediate release.

SO ORDERED:

Dated:   New York, New York
         June 9, 2020

_____
DENISE COTE
United States District Judge

U.S. PROBATION
SOUTHERN DISTRICT OF NEW YORK

Due to the recent precautions taken for COVID-19, the courthouse is not allowing any public entrance to the building. To ensure you are still reporting to probation within 72 hours of being sentenced or released from custody (BOP, ICE, State or RRC), we are asking you to send an <u>EMAIL</u> to:

**NYSP_Intake@nysp.uscourts.gov**

Stating the following …
1. Your first AND last name
2. Phone number to reach you to conduct a telephone intake session
3. Date of birth
4. Where you were released from
5. When you were released
6. If you need Spanish speaking officer to contact you

If you are unable to send an email, please contact one of the intake officers via telephone, <u>text message is preferred</u>, or you may <u>leave a voice mail</u> stating…
1. Your first AND last name
2. Phone number to reach you to conduct a telephone intake session
3. Date of birth
4. Where you were released from
5. When you were released
6. If you need Spanish speaking officer to contact you

| **Officer Jana Nieman** | **Officer Taylor Shargay** |
|---|---|
| **212-805-5077** | **212-805-0300** |
| **646-879-6443** | **917-418-5008** |

If you contact us after 4:30 pm we will respond the next day. You will be asked to verify your demographic information which may include sending us a picture.  You will also be given contact information for your assigned officer. The assigned officer will then be in contact with you regarding your term of supervised release and any further questions/concerns.

<u>*Please note</u>: When we contact you to conduct the phone interview, our calls will come in as a BLOCKED NUMBER, please pick the call up.

We thank you for your patience during this time.